## PETITIONS TO REHEAR

ALLGOOD v. TOWN OF TARBORO
>    No. 120.
>
>    Reported: 281 N.C. 430.
>
>    Petition by Plaintiffs to rehear denied 9 October 1972.

IN RE TRUCKING CO.
>    No. 66.
>
>    Reported: 281 N.C. 375.
>
>    Petition by McLean Trucking Company to rehear denied 9 August 1972.